```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
                                                              :
IN RE AMR CORPORATION, ET AL.                                 :    21 Civ. 9819 (LGS)
                                                              :
                                                              :         ORDER
                                                              :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 23, 2021, Appellant Lawrence M. Meadows filed a notice of appeal from the bankruptcy court.

WHEREAS, the scheduling order dated December 1, 2021, stated that Appellant has thirty days after the docketing of notice that the record has been transmitted or is available electronically to file an opening brief.

WHEREAS, on December 29, 2021, the notice of record of appeal was published on the docket.

WHEREAS, Appellant did not file his opening brief by January 28, 2022.  It is hereby **ORDERED** that by **February 21, 2022**, Appellant shall file his opening brief or this case will be dismissed.  The Clerk of Court is respectfully directed to mail a copy of this order to pro se Appellant.

Dated: February 7, 2022
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE