UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
IN RE AMR CORPORATION, ET AL.         :        21 Civ. 9819 (LGS)
                                                              :
                                                              :        **ORDER**
                                                              :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on November 23, 2021, Appellant Lawrence M. Meadows filed a notice of appeal from the bankruptcy court.

    WHEREAS, the scheduling order dated December 1, 2021, stated that Appellant has thirty days after the docketing of notice that the record has been transmitted or is available electronically to file an opening brief.

    WHEREAS, on December 6, 2021, Appellant filed a statement of issues and designation of the record.

    WHEREAS, on December 29, 2021, the notice of record of appeal was published on the docket.

    WHEREAS, Appellant failed to file an opening brief by January 28, 2022.

    WHEREAS, on February 7, 2022, an Order was issued noting that Appellant had failed to file his opening brief by January 28, 2022 as required, and directing Appellant to file his opening brief by February 21, 2022, or the case would be dismissed.

    WHEREAS, Appellant still has not filed his opening brief.  It is hereby

**ORDERED** that, as Appellant is pro se and giving him the benefit of the doubt, by **March 14, 2022**, Appellant shall file his opening brief or a letter seeking an extension, or this case will be dismissed.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Appellant.

Dated: February 22, 2022
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**