UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE AMR CORPORATION : 21 Civ. 9819 (LGS)
:
: **ORDER**
:
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated March 3, 2022, Appellant was directed to file a status letter by April 18, 2022, and every forty-five (45) days thereafter, advising the status of the related appeal.

WHEREAS, no status letter was filed.  It is hereby

**ORDERED** that by **April 26, 2022**, Appellant shall file a status letter.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Appellant.

Dated: April 19, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**