UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE AMR CORPORATION : 21 Civ. 9819 (LGS)
: **ORDER**
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action was stayed pending resolution of a related bankruptcy appeal.

WHEREAS, on June 2, 2022, Appellant filed a letter stating that the related bankruptcy appeal was dismissed. It is hereby

**ORDERED** that the stay in this action is lifted. It is further

**ORDERED** that by **July 1, 2022**, Appellant shall file his memorandum of law, not to exceed thirty (30) pages, consistent with Federal Rule of Bankruptcy Procedure 8015(7)(A). By **July 29, 2022**, Appellee shall file its opposition, not to exceed thirty (30) pages. By **August 19, 2022**, Appellant shall file any reply, not to exceed fifteen (15) pages. The submissions shall otherwise comply with the Court's Individual Rules. Failure to comply with this Order will result in dismissal of the appeal (in the case of the appellant) or consideration of the appeal without an appellee's opposition (in the case of the appellee).

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant.

Dated: June 3, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE