UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                 :

IN RE AMR CORPORATION              :      21 Civ. 9819 (LGS)
                                                      :        22 Civ. 1706
                                                      :
                                                      :         <u>ORDER</u>
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 8, 2022, Appellant filed a letter requesting consolidation of the above-captioned actions.

       WHEREAS, on August 11, 2022, Appellee filed a letter stating that it does not agree that the two appeals are substantially related or involve the same issues, but does not object to consolidation.  It is hereby

       **ORDERED** that Appellant's application to consolidate the actions is DENIED.  While the appeals arise from the same bankruptcy proceeding involving the same parties, the underlying orders are different and raise distinct issues on appeal, as described in Appellant's Designations of Bankruptcy Records (21 Civ. 9819, Dkt. No. 3; 22 Civ. 1706, Dkt. No. 3).  It is further

       **ORDERED** that the current briefing deadlines, set forth below, shall remain in place.

The appeal in 21 Civ. 9819 shall be briefed according to the following schedule:

- By **August 15, 2022**, Appellant shall file his memorandum of law, not to exceed thirty (30) pages.

- By **September 12, 2022**, Appellee shall file its opposition, not to exceed thirty (30) pages.

- By **October 3, 2022**, Appellant shall file any reply, not to exceed fifteen (15) pages.

The appeal in 22 Civ. 1706 shall be briefed according to the following schedule:

- By **September 12, 2022**, Appellant shall file his memorandum of law, not to exceed thirty (30) pages.

- By **October 10, 2022**, Appellee shall file its opposition, not to exceed thirty (30) pages.

- By **October 31, 2022**, Appellant shall file any reply, not to exceed fifteen (15) pages.

The submissions shall comply with the Court's Individual Rules.

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant.

Dated: August 12, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE