UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  :
  :
  :
IN RE AMR CORPORATION         :  21 Civ. 9819 (LGS)
  :
  :  **ORDER**
  :
  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Orders dated June 3, 2022 and June 27, 2022, Appellant was directed to file his opening brief by August 15, 2022.

WHEREAS, the Order dated June 3, 2022, advised that failure to comply with the Order would result in dismissal of the appeal.

WHEREAS, Appellant has not filed any brief.  It is hereby

**ORDERED** that by **August 23, 2022**, Appellant shall file his opening brief.  Failure to comply with this Order will result in dismissal of the appeal.

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant.

Dated: August 16, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE