UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                               :
IN RE AMR CORPORATION           :        21 Civ. 9819 (LGS)
                                                               :        **ORDER**
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Orders dated June 27, 2022, and August 12, 2022, Appellant was directed to file his opening brief by August 15, 2022.

       WHEREAS, Appellant did not file any brief by August 15, 2022.

       WHEREAS, by Order dated August 16, 2022, Appellant was directed to file his opening brief by August 23, 2022. The Order advised Appellant that failure to comply with the Order would result in dismissal of the appeal.

       WHEREAS, Appellant has not filed any brief. It is hereby

       **ORDERED** that this action is dismissed for failure to prosecute.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant and to close the case.

Dated: August 26, 2022
          New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE